Leonard R. Berman
9220 SW  Barbur Blvd. Suite119. Box 180
Portland, OR 97219
(503)516-3715
OSB # 96040
Easyrabbi@yahoo.com

<u>ATTORNEY FOR PLAINTIFF</u>

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| _____ : | |
| MELINDA WALKER, : | Case No. 3:19:CV-720MO |
| Plaintiff, : | |
| : | **VOLUNTARY MOTION TO DISMISS** |
| ` : | |
| TONY KLEIN, ET AL, : | |
| Defendants. : | |

COMES NOW PLAINTIFF, by and through her attorney Leonard Berman, and files this Voluntary Motion to Dismiss with Prejudice.

Dated July 15, 2019

Respectfully Submitted,

<u>S//S Leonard R.Berman</u>

Leonard R. Berman, OSB # 96040
Attorney for Plaintiff

VOLUNTARY MOTION TO DISMISS          1

.